JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DESIGN COLLECTION, INC., | ) | Case No. CV 24-7091 FMO (Ex) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| LNE, LLC, et al., | ) | |
| Defendants. | ) | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated this 15th day of October, 2024.

/s/
Fernando M. Olguin
United States District Judge